**No. 59753.**—L. Barbier *v.* United States, protest 257897–K (New York).

Opinion by LAWRENCE, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 59754.**—Gimbel Bros., Inc., and Bloomingdale Bros. (a div. of Federated Dept. Stores, Inc.) *v.* United States, protests 179558–K and 203575–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of beaded bags the same in all material respects as those passed upon in Abstract 56124, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MARCH 8, 1956

**No. 59755.**—National Silver Company *v.* United States, protests 265930–K and 265931–K (Seattle).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.